George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mandy Pacas-Interiano*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mandy Pacas-Interiano,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; and Backgroundchecks.com, LLC,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00909<br><br>**Stipulation and Order for Dismissal of Equifax Information Services, LLC with prejudice.** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mandy Pacas-Interiano and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///
///
///
///

_____

STIPULATION　　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 5, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV  89135
*Counsel for Equifax Information Services, LLC*

## ORDER

Based on the stipulation between plaintiff and Equifax Information Services LLC **[ECF No. 23]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Equifax Information Services LLC are DISMISSED with prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
February 14, 2024