George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Mandy Pacas-Interiano*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mandy Pacas-Interiano,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; and Backgroundchecks.com, LLC,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00909 -JAD-BNW<br><br>**Stipulation and Order Dismissing Claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice**<br><br>ECF No. 29 |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mandy Pacas-Interiano and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange,

---

STIPULATION　　　　　　　　　　　- 1 -

Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 7, 2024.

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for National Consumer Telecom*
*& Utilities Exchange, Inc.*

### ORDER

Based on the stipulation between plaintiff and Defendant National Consumer Telecom & Utilities Exchange, Inc. [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED that **the claims against Defendant National Consumer Telecom & Utilities Exchange, Inc. are DISMISSED with prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 10, 2024

STIPULATION                                        - 2 -